<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 00-1659

———————————

THOMAS N. ENGLISH,

                  Plaintiff - Appellant,

    versus

COLUMBUS CORRECTIONAL INSTITUTION, J. R. HUNT,
JR., Individually and in his official capacity
as Superintendent of Columbus Correctional
Institution; CALVIN DUNCAN, Individually and
as an employee of Columbus Correctional Insti-
tution; COLUMBUS COUNTY SHERIFF'S DEPARTMENT;
JIMMY P. FERGUSON, Individually and as Sheriff
of Columbus County; NORTH CAROLINA DEPARTMENT
OF CORRECTION,

                  Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Wilmington. W. Earl Britt, Senior Dis-
trict Judge. (CA-99-156-7-BR)

———————————

Submitted: September 8, 2000    Decided: September 15, 2000

———————————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Thomas N. English, Appellant Pro Se. Neil Clark Dalton, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina; G. Christopher Olson, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellees.

––––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas N. English seeks to appeal the district court's order dismissing his civil action. We dismiss the appeal for lack of jurisdiction because English's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on February 11, 2000. English's notice of appeal was filed on May 10, 2000. Because English failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we grant the Appellees' motion to dismiss the appeal as untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED